ELIAS KAHN et al., Appellants, *v.* MICHAEL J. TIERNEY, as Executor of JOSEPH L. HEYMAN, Deceased, et al., Respondents.

*Kahn* v. *Tierney,* 135 App. Div. 897, affirmed.
(Argued January 19, 1911;  decided February 7, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 26, 1910, which reversed a judgment in favor of plaintiffs entered upon a dismissal of the complaint by the court on trial at Special Term, and directed a dismissal of the complaint in an action to have adjudged void the third clause of the will of Joseph L. Heyman, deceased.

*Richard Ely* for appellants.

*John F. Coffin, John J. Crennan* and *Richard Mott Cahoone* for respondents.

Judgment affirmed, with costs, payable out of estate, to respondents severally appearing in this court and filing briefs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.